**Order filed January 29, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00376-CR

_____

**REGINALD TURON HILL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 177th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1416500**

---

## ORDER

Appellant is represented by appointed counsel, **Cheri Duncan**. Appellant's brief was originally due August 20, 2014**.** We granted a total of over 90 days extension of time to file appellant's brief until January 16, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On January 20, 2015, counsel filed

a further request for extension of time to file appellant's brief. Counsel alleged a serious illness as exceptional circumstances in the request.

We **GRANT** the request for extension, but issue the following order:

Accordingly, we order **Cheri Duncan** to file a brief with the clerk of this Court on or before **February 20, 2015**. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally